Tammy Hussin (SBN: 155290)
HUSSIN LAW
1302 N. Coast Highway 101, Suite 201
Encinitas, CA 92024
Tel: (877) 677-5397
Fax: (877) 667-1547
Tammy@HussinLaw.com

Attorney for Plaintiff, Irma Warren

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Irma Warren,<br><br>    Plaintiff,<br><br> v.<br><br>Westlake Services LLC, a California Corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: Case 2:17-cv-03499<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff Irma Warren informs the Court that this matter has settled, and anticipates finalizing the settlement agreement within 30 days.

DATED:  September 28, 2017   By:  */s/Tammy Hussin*
                  Tammy Hussin, Esq.
                  Hussin Law
                  Attorney for Plaintiff, Irma Warren

0