JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 17-03499-BR0 (ASx) | Date | November 2, 2017 |
|---|---|---|---|
| Title | Irma Warren v. Westlake Services LLC et al | | |

| Present: The Honorable | **VIRGINIA A. PHILLIPS, Chief United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER RE DISMISSAL**

A Notice of Settlement was filed on September 28, 2017. (Dkt. No. 25)

On September 28, 2017, the Court issued an Order directing the parties to file a Stipulation and Proposed Order Dismissing the action on or before October 27, 2017 or, in the alternative a Joint Status Report. (Dkt. No. 22)

The Order specifically warned Plaintiff that the Court could dismiss this action if good cause was not shown for any extension of time and no dismissal was filed.

To date, however, no dismissal and/or status report has been filed with this Court. Accordingly, the Court hereby dismisses the action without prejudice for failure to respond to the Court's Order.

IT IS SO ORDERED.

| | Initials of Preparer | rf |
|---|---|---|